JR

02CV435

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 7-23-02 |
| NAME OF SERVER (PRINT) DeWayne Brown, Jr. | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint where left: _____

☐ Return unexecuted: _____

☒ Other (specify): Certified Mail: #7001 0320 0001 4722 1763

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.57 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-29-02

Signature of Server: DeWayne G. Brown, Jr.

Address of Server: 1500 Darden Hill Rd, Driftwood, Texas 78619

**FILED**

JUL 3 1 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* V. Castillo | B. Date of Delivery 7-23-02 |
| | C. Signature X V. Castillo | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Conseco Finance<br>7800 IH 10 West, suite 200<br>San Antonio, Texas 78230-4749 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |

2. Article Number *(Copy from service label)*   7001 0320 0001 4722 1763

PS Form 3811, July 1999         Domestic Return Receipt         102595-00-M-0952



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0320 0001 4722 1763

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.74 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

Sent To: Conseco Finance
Street, Apt. No.; or PO Box No.: 7800 IH 10 West, Suite 200
City, State, ZIP+4: San Antonio, Texas 78230-4749

PS Form 3800, January 2001         See Reverse for Instructions